UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRUCE SILVA,<br><br>      Defendant. | **ORDER**<br><br>22 Cr. 347 (PGG) |
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRUCE SILVA,<br><br>      Defendant. | 23 Cr. 204-1 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    As discussed in open court, Christopher Wright's motion to withdraw as Defendant Bruce Silva's counsel is granted, and Florian Miedel is appointed to represent the Defendant pursuant to the Criminal Justice Act.

Dated: September 5, 2023
    New York, New York

                       SO ORDERED.

                       *Paul G. Gardephe*
                       Paul G. Gardephe
                       United States District Judge