UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA, BRUCE MELVIN, and ELIJAH POUGH,<br><br>                        Defendants. | **ORDER**<br><br>23 Cr. 204 (PGG) |
| UNITED STATES OF AMERICA<br><br>-against-<br><br>BRUCE SILVA,<br><br>                        Defendant. | 22 Cr. 347 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

       A conference will be held in this matter on **July 18, 2024, at 2:00 p.m.**, in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 11, 2024

                                                     SO ORDERED.

                                                     _____
                                                     Paul G. Gardephe
                                                     United States District Judge