

August 7, 2025

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

           Re:   *United States v. Bruce Silva*
                   23-CR-204 (PGG)

Dear Judge Gardephe:

      Unfortunately, Bruce Silva's father, Bruce Edward Scott, died on July 26, 2025. His funeral is scheduled for August 13, 2025. Attached is paperwork from the funeral home, showing Mr. Scott's date of death and his scheduled funeral date, as well as Mr. Silva's birth certificate showing that Mr. Scott was his father. Mr. Silva, who is detained at the MDC Brooklyn, would very much like to attend his father's funeral. I therefore respectfully request the Court to issue an order directing the United States Marshals' Service to escort Mr. Silva to and from the funeral on August 13th. If the Court agrees, I can work out the logistics of such a visit with the Marshals' Service.

      The government objects to this request. Thank you for your consideration.

                                   Sincerely,

                                   /s/

                                   Florian Miedel
                                   *Counsel for Bruce Silva*

Cc:   All Counsel

**MEMO ENDORSED**
The application is denied.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Dated: August 14, 2025

---

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com