

August 28, 2025

Hon. Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                        Re:    *United States v. Bruce Silva*
                                  23-CR-204 (PGG)

Dear Judge Gardephe:

      Today the Court directed that today's conference in this case be rescheduled to September 4, 2025, at 11 a.m. Unfortunately I am unavailable at that time, and respectfully request that the conference be held at 12:30 p.m. instead. I have conferred with the government, which is also available at that time.

      Thank you for your consideration.

                                                Sincerely,

                                                /s/

                                                Florian Miedel
                                                *Counsel for Bruce Silva*

Cc:    All Counsel

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.
Dated: August 28, 2025

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com