UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

BRUCE SILVA,

            Defendant.

**ORDER**

23 Cr. 204 (PGG)
22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for November 25, 2025 at 10:00 a.m. is adjourned to **November 25, 2025 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       November 23, 2025

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge