UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

BRUCE SILVA,

Defendant.

**ORDER**

23 Cr. 204 (PGG)
22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **January 8, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The trial currently scheduled for January 20, 2026, is adjourned to **April 20, 2026, at 9:30 a.m.** The following schedule will apply to pre-trial submissions:

1. Motions in limine, proposed voir dire, and requests to charge are due by **March 23, 2026.**

2. Responsive papers are due by **March 30, 2026**.

Dated: New York, New York
       December 4, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge