UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>BRUCE SILVA,<br><br>                Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG)<br>22 Cr. 347 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for June 1, 2026, at 3:00 p.m., is adjourned to

**June 12, 2026, at 2:00 p.m.,** in Courtroom 705 of the Thurgood Marshall United States

Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       May 26, 2026

                     SO ORDERED.

                     _____
                     Paul G. Gardephe
                     United States District Judge