UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

BRUCE SILVA,

                    Defendant.

**ORDER**

23 Cr. 204 (PGG)
22 Cr. 347 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for August 10, 2026, at 2:00 p.m., is

adjourned to **August 17, 2026, at 2:00 p.m.**

Dated:  New York, New York
        May 29, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge